MICHAEL BAILEY
United States Attorney
District of Arizona

JUSTIN OSHANA
Assistant United States Attorney
Pennsylvania State Bar No. 203795
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: justin.oshana@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY

OCT 1 4 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ M DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Christopher Michael Fiorentino,<br><br>Defendant. | No.   CR-20-0642-PHX-MTL (MTM)<br><br>**INDICTMENT**<br><br>VIO:   26 U.S.C. §§ 5841, 5861(d), and 5871<br>(Possession of Unregistered Firearms)<br>Count 1<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. §§ 853 and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

COUNT 1

On or about October 6, 2020, in the District of Arizona, Defendant CHRISTOPHER MICHAEL FIORENTINO knowingly received and possessed firearms, that is: a Vector Arms Uzi-Mini, serial number MC07659; a Heckler and Koch MP5K, serial number unknown; a Stoner Rifle SR-15, serial number KM0170983; and a Heckler and Koch SP5, serial number 271-005537, all rifles having a barrel or barrels of less than 16 inches in length, not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Count 1 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offense:

- Vector Arms Uzi-Mini, serial number MC07659
- Heckler and Koch MP5K, serial number unknown
- Stoner Rifle SR-15, serial number KM0170983;
- Heckler and Koch SP5, serial number 271-005537

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: October 14, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

/S/
JUSTIN OSHANA
Assistant U.S. Attorney