X FILED ___ LODGED
___ RECEIVED ___ COPY
AUG 29 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ______________ DEPUTY

GARY M. RESTAINO
United States Attorney
District of Arizona

JACQUELINE SCHESNOL
Assistant United States Attorney
Arizona State Bar No. 016742
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: jacqueline.schesnol@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Christopher Michael Fiorentino,

Defendant.

No. CR 20-00642-PHX-GMS

**SUPERSEDING INDICTMENT**

VIO:

26 U.S.C. §§ 5841, 5861(d), and 5871
(Possession of Unregistered Firearms)
Count 1

18 U.S.C. §§ 922(o) and 924(a)(2)
(Possession of a Machine Gun)
Count 2

18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)
(Dealing Firearms Without a License)
Count 3

18 U.S.C. § 924(a)(1)(A)
(False Statement During the Purchase of a Firearm)
Counts 4 – 16

18 U.S.C. §§ 922(a)(6) and 924(a)(2)
(Material False Statement During the Purchase of a Firearm)
Counts 17 – 19

18 U.S.C. § 924(n)
(Travel With Intent to Engage in the Business of Dealing Firearms Without a License)
Count 20

31 U.S.C. §§ 5324(a)(3) and 5324(d)(1); 31 C.F.R. § 1010.100
(Structuring Transactions to Evade Reporting Requirement)
Count 21

18 U.S.C. § 1343
(Wire Fraud)
Count 22

18 U.S.C. §§ 924(d), 981, and 982; 21 U.S.C. §§ 853 and 881; 28 U.S.C. § 2461(c); 31 U.S.C. § 5317
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about October 6, 2020, in the District of Arizona, Defendant CHRISTOPHER MICHAEL FIORENTINO knowingly received and possessed firearms, to wit:

- Heckler and Koch MP5K, serial number 21-20168;
- Heckler and Koch SP5, serial number 271-005537;
- Heckler and Koch MP5, serial number 10-402867;
- Heckler and Koch MP5, serial number 129967;

all rifles having a barrel or barrels of less than 16 inches in length; and

- Heckler and Koch 5C3, 556 caliber, serial number 112940,

which is a machine gun.

None of these firearms were registered to Defendant CHRISTOPHER MICHAEL FIORENTINO in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**COUNT 2**

On or about October 6, 2020, in the District of Arizona, Defendant CHRISTOPHER MICHAEL FIORENTINO did knowingly possess a machine gun, to wit:

Heckler and Koch 5C3, 556 caliber, serial number 112940.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**COUNT 3**

On or between August 30, 2018 and October 6, 2020, in the District of Arizona, Defendant CHRISTOPHER MICHAEL FIORENTINO, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNTS 4 – 16**

On or between December 20, 2019 and September 17, 2020, in the District of Arizona, Defendant CHRISTOPHER MICHAEL FIORENTINO knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant CHRISTOPHER MICHAEL FIORENTINO did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant CHRISTOPHER MICHAEL FIORENTINO resided at an address on E. Via Buena Vista in Paradise Valley, Arizona, whereas in truth and fact, Defendant CHRISTOPHER MICHAEL FIORENTINO knew that he resided at a different address:

| Count | Date | Business (FFL) |
|---|---|---|
| 4 | 12/20/2019, 01/01/2020 | Magnum Mike's |
| 5 | 01/02/2020 | Magnum Mike's |
| 6 | 01/18/2020 | Magnum Mike's |
| 7 | 02/12/2020 | Magnum Mike's |
| 8 | 03/02/2020 | Magnum Mike's |
| 9 | 04/08/2020, 04/15/2020 | Magnum Mike's |

| | | |
|---|---|---|
| 10 | 05/17/2020, 05/20/2020 | Magnum Mike's |
| 11 | 06/21/2020, 06/25/2020 | Magnum Mike's |
| 12 | 07/08/2020, 07/14/2020 | Magnum Mike's |
| 13 | 07/29/2020, 08/04/2020 | Magnum Mike's |
| 14 | 08/17/2020, 08/24/2020 | Magnum Mike's |
| 15 | 08/27/2020, 09/02/2020 | Magnum Mike's |
| 16 | 09/12/2020, 09/17/2020 | Magnum Mike's |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNTS 17 – 19**

On or between December 20, 2019 and September 17, 2020, in the District of Arizona, Defendant CHRISTOPHER MICHAEL FIORENTINO knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant CHRISTOPHER MICHAEL FIORENTINO did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating he was the actual buyer or transferee of the firearm, and was not

buying the firearm on behalf of another person, whereas in truth and fact, Defendant CHRISTOPHER MICHAEL FIORENTINO knew that he was buying the firearm on behalf of another person:

| Count | Date | Business (FFL) |
|---|---|---|
| 17 | 02/12/2020 | Magnum Mike's |
| 18 | 03/02/2020 | Magnum Mike's |
| 19 | 08/27/2020, 09/02/2020 | Magnum Mike's |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 20**

On or between September 1, 2019 and January 31, 2020, in the District of Arizona and elsewhere, Defendant CHRISTOPHER MICHAEL FIORENTINO traveled with the intent to engage in conduct that constitutes a violation of 18 United States Code, Section 922(a)(1)(A), specifically he traveled between Arizona and Austria and acquired firearms in furtherance of such purpose.

In violation of Title 18, United States Code, Section 924(n).

**COUNT 21**

On or between October 25, 2018 and October 29, 2018, in the District of Arizona, Defendant CHRISTOPHER MICHAEL FIORENTINO, knowingly, and for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, the regulations promulgated thereunder and the reporting and record keeping requirements imposed thereunder, structured the following cash transactions from an account at JPMorgan Chase. JPMorgan Chase is a domestic financial institution.

| Date | Bank and Location | Description of the Transaction |
|---|---|---|
| 10/25/2018 | JPMorgan Chase at 3131 E. Lincoln Drive, Phoenix, Arizona | Deposits of $9,400, $9,000, and $9,600 into JPMorgan Chase bank accounts ending in 6301, 0207, and 1123, respectively. |
| 10/27/2018 | JPMorgan Chase at 6155 N. Scottsdale Road, Scottsdale, | Deposits of $8,100, $9,400, and $9,950 into JPMorgan Chase bank accounts ending in 6301, 0207, and 1123, respectively. |

| | | |
|---|---|---|
| | Arizona | |
| 10/28/2018 | JPMorgan Chase at 3131 E. Lincoln Drive and 3150 E. Indian School Road, Phoenix, Arizona | Deposits of $6,800, $9,050, and $9,500 into JPMorgan Chase bank accounts ending in 6301, 0207, and 1123, respectively, and $3,000 into account ending in 0053. |
| 10/29/2018 | JPMorgan Chase at 3131 E. Lincoln Drive, Phoenix, Arizona | Deposits of $7,900 and $4,420 into JPMorgan Chase bank accounts ending in 6301 and 0207, respectively. |

All in violation of Title 31, United States Code, Sections 5324(a)(3) and 5324(d)(1); Title 31 C.F.R. § 1010.100.

**COUNT 22**

**Background:**

Pandemic Unemployment Assistance

The Pandemic Unemployment Assistance ("PUA") was a federal program that provided financial assistance to those who were unable to work due to COVID-19 and do not qualify for traditional unemployment benefits. PUA benefits were available from February 2, 2020, through December 26, 2020. PUA provided a benefit ranging from $117 to $240 per week, for up to 39 weeks. PUA eligible individuals also received an additional $600 weekly in Federal Pandemic Unemployment Compensation for the weeks of March 29, 2020, through July 25, 2020. The PUA programs are hosted by Geographic Solutions Inc. ("GSI"), which are headquartered in Palm Harbor, Florida, and the GSI data center is in Sacramento, California.

The Fiorentino Group, LLC

According to a public records search of The Arizona Corporation Commission, "The Fiorentino Group, LLC" was organized in the State of Arizona on January 17, 2007, by Defendant CHRISTOPHER MICHAEL FIORENTINO. Defendant CHRISTOPHER MICHAEL FIORENTINO is the manager, member, and statutory agent of "The Fiorentino Group, LLC." The Articles of Organization of "The Fiorentino Group, LLC" included the following statement, "The Company shall be formed for the purpose of real estate services and carrying on any business or activities relating thereto or arising therefrom."

On June 17, 2019, Defendant CHRISTOPHER MICHAEL FIORENTINO opened five bank accounts with Wells Fargo Bank, including business accounts for "The Fiorentino Group, LLC," including a business checking and business savings account. The Wells Fargo Business Account Application for these accounts included the organization's industry as, "Real Estate, Rental and Leasing." The business description was described as, "Investment in Residential and Commercial Real Estate."

Defendant CHRISTOPHER MICHAEL FIORENTINO engaged in little to no real estate activity, and there was little to no monetary activity related to real estate in "The Fiorentino Group, LLC" accounts.

Defendant CHRISTOPHER MICHAEL FIORENTINO's Income

Defendant CHRISTOPHER MICHAEL FIORENTINO did not have a license to deal in firearms (see Count 3 above). All funds in Defendant CHRISTOPHER MICHAEL FIORENTINO's accounts derived from firearm sales.

Defendant CHRISTOPHER MICHAEL FIORENTINO's Accounts

During the time period relative to this charge, Defendant CHRISTOPHER MICHAEL FIORENTINO had five accounts with Wells Fargo, a financial institution, to wit: personal checking account ending in x4995; personal savings account ending in x7807; business checking account for "Vista Defense International, LLC" account ending in x2785; business checking account for "The Fiorentino Group, LLC" account ending in x2801; and business savings account for "The Fiorentino Group, LLC" account ending in x2819.

**The Scheme:**

On or about June 8, 2020, Defendant CHRISTOPHER MICHAEL FIORENTINO applied for PUA benefits, listing "The Fiorentino Group, LLC" as his employer. Defendant CHRISTOPHER MICHAEL FIORENTINO submitted thirteen (13) applications, for a total of 30 weeks of PUA benefits, for the time period of March 1, 2020, through September 26, 2020. On each of the thirteen (13) applications, Defendant CHRISTOPHER MICHAEL FIORENTINO reported $0 earnings during the time period of March 1, 2020,

through September 26, 2020. Between June 9, 2020, and October 6, 2020, Defendant CHRISTOPHER MICHAEL FIORENTINO received $19,200 in PUA benefits. The PUA benefits were paid into his personal checking account ending in x4995 at Wells Fargo Bank.

During the time period of March 1, 2020 through September 26, 2020, $1,495,918 was deposited into Defendant CHRISTOPHER MICHAEL FIORENTINO five bank accounts, with as much of a balance of $120,144 in the personal account ending in x4995 (the account into which the PUA benefits were deposited).

**Manner and Means:**

It was part of the scheme that Defendant CHRISTOPHER MICHAEL FIORENTINO submitted, and caused to be submitted, thirteen (13) separate PUA benefit applications. These PUA benefit applications were submitted for the purpose of executing the scheme described herein, and attempting to do so, caused to be transmitted by means of wire communication from the District of Arizona to a location outside the state of Arizona signals and sounds constituting online submissions of PUA benefits paid to Defendant CHRISTOPHER MICHAEL FIORENTINO.

PUA paid Defendant CHRISTOPHER MICHAEL FIORENTINO $19,200 in benefits for the weeks of March 1, 2020, through September 26, 2020, in reliance on his false representations on thirteen (13) PUA benefit applications.

From on or about June 8, 2020 (application date), to on or about October 6, 2020 (last deposit of PUA benefits to Defendant CHRISTOPHER MICHAEL FIORENTINO), in the District of Arizona, Defendant CHRISTOPHER MICHAEL FIORENTINO, for the purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described above.

All in violation of Title 18, United States Code, Section 1343.

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1–22 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offense alleged in Counts 1–22 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following involved and used in the offenses:

- Heckler and Koch MP5K, serial number 21-20168;
- Heckler and Koch SP5, serial number 271-005537;
- Heckler and Koch MP5, serial number 10-402867;
- Heckler and Koch MP5, serial number 129967;
- Heckler and Koch 5C3, 556 caliber, serial number 112940;
- Vector Arms Uzi-Mini, serial number MC07659;
- ACH transfer for Robinhood investment account in the amount of $413,270.97 U.S. Currency, Account Name: Christopher Fiorentino, Account Number ending in 5583;
- 2018 Aston Martin DB11 2DR Coupe V12, Vehicle Identification Number ending in 3618;
- 2020 Mercedes-Benz G550 4WD Sport Utility, Vehicle Identification Number ending in J2LX;
- COINBASE Account Cryptocurrency valued at $289,652.00 U.S. currency, Account Name: Christopher Fiorentino, Account Number ending in bc4b;
- $1,300.00 U.S. currency;
- $40.00 U.S. currency;
- $344.00 U.S. currency;
- $10,860.00 U.S. currency;

- Wells Fargo Bank Account Savings, $54.65 U.S. currency, Account Number ending in 7807;
- Wells Fargo Checking Account, $41,326.75 U.S. currency, Account Number ending in 4995;
- Wells Fargo Checking Account, $45,510.36 U.S. currency, Account Numberending in 2785;
- Heckler & Koch Inc. SP5 K Pistol CAL:9, Serial Number 215009360;
- Heckler & Koch Inc. SP5 K Pistol CAL:9, Serial Number 271-005530;
- Heckler & Koch Inc. SP5 K Pistol CAL:9, Serial Number 215009348;
- Heckler & Koch Inc. SP5 K Pistol CAL:9, Serial Number 215009366;
- Heckler & Koch Inc. SP5 K Pistol CAL:9, Serial Number 215009047;
- Heckler & Koch Inc. SP5 K Pistol CAL:9, Serial Number 215009355;
- Heckler & Koch Inc. SP5 K Pistol CAL:9, Serial Number 215009354;
- Heckler & Koch Inc. SP5 K Pistol CAL:9, Serial Number 215009361;
- Heckler & Koch Inc. SP5 K Pistol CAL:9, Serial Number 271005531;
- Heckler & Koch Inc. SP5 K Pistol CAL:9, Serial Number 271005533;
- Heckler & Koch Inc. SP5 K Pistol CAL:9, Serial Number 271005532;
- Heckler & Koch Inc. SP5 K Pistol CAL:9, Serial Number 215009365;
- Heckler & Koch Inc. SP5 K Pistol CAL:9, Serial Number 215009353;
- Heckler & Koch Inc. SP5 K Pistol CAL:9, Serial Number 271005539;
- Heckler & Koch Inc. SP5 K Pistol CAL:9, Serial Number 215009363;
- Heckler & Koch Inc. SP5 K Pistol CAL:9, Serial Number 215009364;
- Heckler & Koch Inc. SP5 K Pistol CAL:9, Serial Number 271005538;
- Heckler & Koch Inc. MR 223 Rifle CAL:223, Serial Number 143019551;
- Heckler & Koch Inc. USP9 COMPACT Pistol CAL:9, Serial Number 114001126;
- Sig Sauer (SIG-Arms) 93 Rifle CAL:762, Serial Number 3394;
- Heckler & Koch Inc. SP5 K Pistol CAL:9, Serial Number 271005540;

- FNH USA, LLC FN57 Pistol CAL:57, Serial Number 386103948;
- Heckler & Koch Inc. Mark 23 Pistol CAL:45, Serial Number 23022289;
- Heckler & Koch Inc. MR 223 Pistol CAL:223, Serial Number 143021973;
- Heckler & Koch Inc. P7E Pistol CAL:9, Serial Number 1578912;
- Heckler & Koch Inc. SFP9 Pistol CAL:9, Serial Number 239002112;
- Heckler & Koch Inc. M8 Pistol CAL:9, Serial Number 16102317;
- Heckler & Koch Inc. 23 Pistol CAL:.45, Serial Number 23022290;
- Sig Sauer (Sig-Arms) Sig Sport 550 Rifle CAL:223, Serial Number SG423294;
- Heckler & Koch Inc. P8 Pistol CAL:.40, Serial Number 115008915;
- Action Arms Uzi Unknown Pistol CAL:9, Serial Number 19230;
- Glock Inc. 44 Pistol CAL:22, Serial Number AEHZ186;
- Heckler & Koch Inc. HK33k Rifle CAL:.223, Serial Number A129163;
- Unknown Uzi Pistol CAL:.4, Serial Number UP52352;
- Sig-Sauer Sig Sport 550 Rifle CAL:.223, Serial Number SG423293;
- Heckler & Koch Inc. MR 223 Rifle CAL:.223, Serial Number 143021901;
- Heckler & Koch Inc. G3K Rifle CAL:7.62, Serial Number A054482;
- Heckler & Koch Inc. MR 223 Rifle CAL:223, Serial Number 143021964;
- Ruger 10/22 Rifle CAL:22, Serial Number 35987087;
- Min Shan Factory Unknown Rifle CAL:7.62, Serial Number 101732;
- STEYR AUG Rifle CAL:9, Serial Number GSI138SA;
- Heckler & Koch Inc. MR 223 Rifle CAL:223, Serial Number 143019552;
- Interarms M62/S Rifle CAL:7.62, Serial Number 135707;
- Heckler & Koch Inc. MR 223 Rifle CAL:223, Serial Number 143019566;
- Heckler & Koch Inc. Unknown Pistol CAL:9x19, Serial Number 215009362;
- Intratec TEC22 Pistol CAL:22, Serial Number 079195;
- Adler Jager AP80 Rifle CAL:22, Serial Number 027814;
- Sig Sauer (Sig-Arms) Sport 550 Rifle CAL:223, Serial Number SG423292;

- Heckler & Koch Inc. SP5 Pistol CAL:9, Serial Number 271005534;
- Vector Arms, Inc. Unknown Rifle CAL:multi-cal, Serial Number 508412;
- Adler Jager AP85 Rifle CAL:22, Serial Number 2029;
- Heckler & Koch Inc. P8 Pistol CAL:40, Serial Number 115008914;
- Heckler & Koch Inc. MP5 Pistol CAL:40, Serial Number 17582;
- Heckler & Koch Inc. 416C Pistol CAL:556, Serial Number 171000002;
- Heckler & Koch Inc. 416C Pistol CAL:556, Serial Number 171000003;
- Colt Unknown Rifle CAL:.308, Serial Number MCC000820;
- Heckler & Koch Inc. MR 223 Rifle CAL:223, Serial Number 143019549;
- Heckler & Koch Inc. HK94 Rifle CAL:9, Serial Number 557;
- Unknown Manufacturer IMI Uzi Pistol CAL:9, Serial Number UP19596;
- Heckler & Koch P8 A1 Pistol CAL:9, Serial Number 038;
- Heckler & Koch P8 A1 Pistol CAL:9, Serial Number 013;
- Heckler & Koch USP9 Compact Pistol CAL:9, Serial Number 27-000025;
- Heckler & Koch SP89 Pistol CAL:9, Serial Number 21-26625;
- Heckler & Koch SP89 Pistol CAL:9, Serial Number 21-26626;
- Heckler & Koch G3SG1 Rifle CAL:762, Serial Number A058394;
- Heckler & Koch SP5 Pistol CAL:9 Serial Number 271-000105;
- Glock Inc. 43X Pistol CAL:9, Serial Number BNUY334;
- 10 Rounds Other Ammunition CAL:9; and
- COINS, Quantity 14.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d), 981, and 982; Title 21, United States Code, Sections 853 and 881; Title 28, United States Code, Section 2461(c); Title 31, United States Code, Section 5317; and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date:  August 29, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
JACQUELINE SCHESNOL
Assistant U.S. Attorney