GARY M. RESTAINO
United States Attorney
District of Arizona
JACQUELINE SCHESNOL
Arizona State Bar No. 016742
Email: jacqueline.schesnol@usdoj.gov
BENJAMIN GOLDBERG
New York State Bar No. 5346838
Email: ben.goldberg@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-20-00642-PHX-GMS |
| Plaintiff, | **GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE TRIAL** |
| v. | |
| Christopher Michael Fiorentino, | **(First Request)** |
| Defendant. | |

The United States of America, by and through undersigned counsel, respectfully requests that this Court enter an order continuing the trial date set to begin on October 1, 2024 for a period of at least thirty days.

On January 8, 2024, this Court held a status conference regarding the Defendant's Motion to Continue Trial and Extend Time to File Pretrial Matters.  After discussion with the parties, this Court set a firm trial date of October 1-4, 8-11, and 15-18.  (CR 107.)    However, those dates will coincide with several Jewish holidays occurring throughout October, including:

- Rosh Hoshana: Beginning October 2 at sunset and continuing through October 4;
- Yom Kippur: Beginning October 11 at sunset; and

- Sukkot: Beginning October 16 at sunset and continuing through October 18[1].

Undersigned counsel for the government observes those holidays and, due to the holiday restrictions, will be unable to attend trial during that time. The government is therefore requesting a continuance of at least thirty days to avoid any conflicts with the Jewish holidays. The government inadvertently failed to flag these dates while discussing potential trial dates and apologizes for any inconvenience caused. The parties are still requesting 12-15 days for trial.

Brian Russo, counsel for the defendant, has been contacted and has no objection to this motion.

It is not expected that excludable delay will result based on this motion to continue.

Respectfully submitted this 12th day of January, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Benjamin Goldberg*
JACQUELINE SCHESNOL
BENJAMIN GOLDBERG
Assistant U.S. Attorneys

---

[1] Although the holiday of Sukkot does not conclude until October 23, only the dates listed above conflict with the trial date and only those dates contain work restrictions preventing attendance at trial. Another set of Jewish holidays, Shemini Atzeret and Simchat Torah, begins October 23 at sunset and continues through October 25.

**CERTIFICATE OF SERVICE**

    I hereby certify that on the above date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

    Brian Russo
    Attorney for the Defendant.

*s/C. Covington*
U.S. Attorney's Office