IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-20-00642-PHX-GMS |
|---|---|
| Plaintiff, | **ORDER** |
| v. | **(First Request)** |
| Christopher Michael Fiorentino, | |
| Defendant. | |

Upon motion of the United States and no objection from the defendant and good cause appearing,

**IT IS HEREBY ORDERED** granting the Government's Unopposed Motion to Continue Trial.

**IT IS FURTHER ORDERED** continuing the trial from October 1-4, 8-11, and 15-18 2024, to _____, 20\_\_\_, at _____ in Phoenix, Arizona.

Dated this _____ day of _____, 2024.

_____
HONORABLE G. MURRAY SNOW
District Court Judge