☒ FILED  ☐ LODGED

**Nov 08 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 20-00642-PHX-GMS(MTM) |
| Plaintiff, | |
| vs. | CONSENT OF DEFENDANT |
| Christopher Michael Fiorentino, | |
| Defendant. | |

After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge with my:

☒ Change of Plea Hearing

☐ Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required)

DATED this _8_ day of _November_, 2024.

_/s/ Christopher Fiorentino_ 11/8/2024
CHRISTOPHER FIORENTINO
Defendant

/s/ Jacqueline Schesnol
JACQUELINE SCHESNOL
Assistant U.S. Attorney

_/s/ Brian Russo_
BRIAN RUSSO
Attorney for the Defendant